SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON<br><br>Plaintiff,<br><br>vs.<br><br>Pinnacle Hotel Management, Inc., et al,<br><br>Defendants | Case No.: CIV.S 08-cv-01575-LKK-GGH<br><br>**PLAINTIFF'S REQUEST FOR DISMISSAL OF PINNACLE HOTEL MANAGEMENT, INC. AND ORDER**<br><br>Complaint Filed: JULY 9, 2008<br><br>**CASE TO BE REMAINED OPEN WITH REMAINING DEFENDANTS** |

**IT IS HEREBY REQUESTED** by Plaintiff, Scott N. Johnson, that Defendant (Pinnacle Hotel Management, Inc.) be and is hereby dismissed **WITH PREJUDICE** pursuant to FRCP 41 (a)(2). This case is to be remained open with remaining Defendants. Defendant (Pinnacle Hotel Management, Inc.) is dismissed because this Defendant is not a proper party to this action.

Dated: September 16, 2008                     /s/Scott N. Johnson
                                              SCOTT N. JOHNSON
                                              Attorney for Plaintiff

PDF created with pdfFactory trial version www.pdffactory.com

1 **IT IS SO ORDERED**.

3 Dated:   September 19, 2008

```
                                    _____
                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT
```

2

PLAINTIFF'S REQUEST FOR DISMISSAL and Proposed ORDER
                                    CIV: S-08-01575-LKK-GGH

PDF created with pdfFactory trial version www.pdffactory.com