SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>Pinnacle Hotel Management, Inc., et al<br><br>　　　　Defendants | Case No.: CIV.S 08-cv-01575-LKK-GGH<br><br>**STIPULATED DISMISSAL**<br>**{FRCP 41 (a)(1)}**<br><br>Complaint Filed: JULY 9, 2008 |

**IT IS HEREBY STIPULATED** by and between the parties to this action through their designated counsel that this action be and is hereby dismissed with prejudice pursuant to FRCP 41 (a)(1). The Parties shall bear their own costs and attorneys' fees in connection with the Lawsuit and the negotiation and preparation of this Agreement.

PDF created with pdfFactory trial version www.pdffactory.com

| | | |
|---|---|---|
| 1 | Dated: July 6, 2009 | /s/Scott N. Johnson |
| 2 | | SCOTT N. JOHNSON |
| | | Attorney for Plaintiff |
| 3 | | |
| 4 | | JONES & DYER |
| 5 | | |
| 6 | Dated: July 7, 2009 | /s/Mark A. Jones |
| | | MARK A. JONES |
| 7 | | Attorneys for Defendants |

**IT IS SO ORDERED**.

Dated: July 8, 2009.

_/s/ Lawrence K. Karlton_
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

PDF created with pdfFactory trial version www.pdffactory.com